**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CYNTHIA STOCKTON, et al., <br>         Plaintiff(s), <br> vs. <br> COOK MEDICAL INC., et al., <br>         Defendant. | Case No. 2:12-cv-02000-LRH-NJK <br><br> ORDER GRANTING MOTION SEEKING DISCOVERY CONFERENCE (Docket No. 19) |

Pending before the Court is the parties' joint request that the Court hold a conference to discuss their proposed discovery plan. Docket No. 19. For good cause shown, the Court grants that motion and hereby schedules a discovery conference in this matter for March 29, 2013 at 11:00 a.m. in Courtroom 3D.

    IT IS SO ORDERED.

    DATED: March 22, 2013

                                              _____
                                              NANCY J. KOPPE
                                              United States Magistrate Judge