# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA STOCKTON, et al., | |
| Plaintiff(s), | Case No. 2:12-cv-02000-LRH-NJK |
| vs. | ORDER GRANTING MOTION SEEKING DISCOVERY CONFERENCE (Docket No. 19) |
| COOK MEDICAL INC., et al., | |
| Defendant. | |

Pending before the Court is the parties' joint request that the Court hold a conference to discuss their proposed discovery plan. Docket No. 19. For good cause shown, the Court grants that motion and hereby schedules a discovery conference in this matter for March 29, 2013 at 11:00 a.m. in Courtroom 3D.

IT IS SO ORDERED.

DATED: March 22, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge