UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| CYNTHIA STOCKTON, et al. | ) | Case No. 2:12-cv-02000-APG-NJK |
| Plaintiff(s), | ) ) | ORDER GRANTING TEMPORARY STAY (Docket No. 43) |
| vs. | ) ) | |
| COOK MEDICAL INCORPORATED, et al., | ) ) | ORDER DENYING AS MOOT JOINT MOTION TO EXTEND (Docket No. 45) |
| Defendant(s). | ) ) | |

On August 11, 2014, Defendants filed an unopposed motion to stay pending resolution of an MDL transfer motion. *See* Docket No. 43. The Court held a hearing on the motion on August 15, 2014. Docket No. 46. The Court has discretion to stay proceedings pending resolution of an MDL transfer. *See, e.g.*, *Amadeck v. Capital One Fin. Corp.*, 2012 WL 5472173, *1 (W.D. Wash. Nov. 9, 2012) (outlining relevant standards). Especially in light of Defendants' opposition to the MDL transfer and consolidation, *see* Docket No. 48, and in light of the length of time this case has already been proceeding in this Court, whether a stay is proper under the relevant standards is a close call. Nonetheless, the request for the stay is unopposed and it appears that staying this matter will result in at most minimal delay. *See id.* at 2 (noting JPML scheduling of oral argument for October 2, 2014). In these circumstances, the Court will **GRANT** the motion and stay this matter through October 9, 2014. No later than October 9, 2014, the parties shall file a joint status report regarding the MDL proceedings and, if necessary, shall file a stipulation or motion seeking to extend the stay in this case. The Court herein expresses no opinion as to whether such stipulation or motion will be granted.

1     In light of the above, the pending joint motion to extend various deadlines (Docket No. 45) is
2 **DENIED** as moot.
3     IT IS SO ORDERED.
4     DATED: August 28, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge